**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACHDIVISION**
www.flsb.uscourts.gov

Case Number: 14-36670-EPK
Chapter 13

**IN THE MATTER OF:**

    RITHA E. FERVIL
    Debtor(s)
_____/

**OBJECTION TO CLAIM #5 FILED BY CAVALRY SPV I, LLC AS ASSIGNEE OF CAPITAL ONE BANK (USA), N.A. and CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Debtor(s) objects to the following claim filed in this case:

**CLAIM NO.:** 5      **CLAIM AMOUNT:** $271.78

**NAME OF CLAIMANT:** Cavalry SPV I, LLC as assignee of Capital One Bank (USA), N.A.

**BASIS FOR OBJECTION AND RECOMMENDED DISPOSITION:**

Debtor(s) object to POC#5 as the Claim is not supported by any written documents, notes, credit applications, account statements, or any other type of written or printed document. Rule 3001(c) of the Bankruptcy Rules provides that when "a claim is based on a writing" the "original or a duplicate shall be filed by Cavalry SPV I, LLC as assignee of Capital One Bank (USA), N.A..in this case is fatally defective for failure to comply with this mandatory Rule. The Debtor(s) also disputes POC#5 as to late fees, over-limit fees, interest fees, late charges or any other additional fees or charges. The Debtor has requested an accounting of this Debt. The Debtor(s) seek to strike and disallow the claim.

LF-70 (rev. 12/01/09)

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing and the Court generated Notice of Hearing has been served by electronic notice or U.S. Mail to all parties on the attached Service List, this the 22nd day of April in the year 2015.

    /s/Robert C. Gindel, Jr.
Robert C. Gindel, Jr., P.A.
Attorney for the Debtor
Florida State Bar No. 470740
1500 Gateway Boulevard, Suite 220,
Boynton Beach, FL 33426
Phone (561) 649-2344 / Facsimile (561) 965-8550
e-mail:  robertgindel@robertgindel.com

# SERVICE LIST

**VIA ELECTRONIC MAIL**
Susan Karder, ecf@bass-associates.com
Office of US Trustee: USRPRegion21.MM.ECF@usdoj.gov
Robin R. Weiner, Trustee: ecf@ch13weiner.com;  ecf2@ch13weiner.com

**VIA US MAIL**
Cavalry SPV I, LLC as assignee of Capital One Bank (USA), N.A.
c/o Bass & Associates, P.C.
3936 E Ft. Lowell Road Suite #200
Tucson, AZ 85712

LF-70 (rev. 12/01/09)