

ORDERED in the Southern District of Florida on May 15, 2015.



Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

Case Number: 14-36670-EPK
Chapter 13

IN RE: RITHA E. FERVIL

Debtor
_____/

### ORDER SUSTAINING
### DEBTOR'S OBJECTION TO CLAIM #5

**THIS CAUSE** having come before the Court on May 11, 2015 upon the Debtor's Objection to Claim (ECF#42). The court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1. The Objection to Claim #5 is SUSTAINED.

2. Claim #5 of Cavalry SPV I, LLC as assignee of Capital One Bank (USA), N.A., in the amount of $271.78 is stricken and disallowed.

###

**Submitted by:**

Robert C. Gindel, Jr.
Attorney for the Debtors
Florida State Bar No. 470740
1500 Gateway Boulevard, Suite 220,
Boynton Beach, FL 33426
Phone (561) 649-2344 / Facsimile (561) 965-8550
e-mail:  robertgindel@robertgindel.com


Robert C. Gindel, Jr. is directed to mail a conformed copy of this Order on the parties and file a certificate of service.